IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| GARY S. STASER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 05-1106-T-An |
| | ) | |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

---

### ORDER DENYING MOTION FOR EXTENSION OF TIME

---

Before the Court is the Motion of Defendant Mutual of Omaha for an Extension of Time to Answer, Respond or Otherwise Plead filed on April 14, 2005. On April 18, 2005 the Answer to Complaint by Mutual of Omaha Insurance Company was filed at docket entry 3; therefore the instant Motion is **DENIED** as moot.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 11, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 05-12-05

1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01106 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Lee Arorey Harris
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gary S. Staser
1109 S. College St.
Trenton, TN 38382

Janice Jones
CIRCUIT COURT, 28TH JUDICIAL DISTRICT
Gibson County Courthouse
Trenton, TN 38382

Honorable James Todd
US DISTRICT COURT