IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION, AT JACKSON

GARY S. STASER   )
                 )
     Plaintiff,  )   No. 1:05cv1106-T
                 )
v.               )
                 )
MUTUAL OF OMAHA INSURANCE )
COMPANY          )
                 )
     Defendant.  )

## RULE 16(B) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice for July 29, 2005, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (Rule 26(a)(1)):**   August 12, 2005

**JOINING PARTIES:**

    For Plaintiff:   **September 28, 2005**

    For Defendant:   **October 28, 2005**

**AMENDING PLEADINGS:**

    For Plaintiff:   **September 28, 2005**

    For Defendant:   **October 28, 2005**

**COMPLETING ALL DISCOVERY:**   **February 27, 2006**

    (a) **REQUESTS FOR PRODUCTION, INTERROGATORIES, AND REQUESTS FOR ADMISSIONS** (propounded so that responses are due no later than):   **February 27, 2006**

(b) **EXPERT DISCLOSURE (RULE 26(a)(2)):**
   (i) Plaintiff's Experts:     **December 27, 2006**
   (ii) Defendant's Experts:     **January 27, 2006**
   (iii) Supplementation under Rule 26(e):
                                                 **February 7, 2006**

(c) **DEPOSITION OF EXPERTS:**    **February 27, 2006**

**FILING DISPOSITIVE MOTIONS:**    March 17, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

   (a)    For Plaintiff:              **May 5, 2006** or 45 days before trial

   (b)    For Defendant:            **May 18, 2006** or 30 days before trial

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __2__ days and is **SET** for **NON-JURY TRIAL** on **Monday, June 19, 2006,** at **9:30 a.m.** A joint pretrial order is due on **Friday, June 9, 2006**. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. All motion or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery. No depositions may be scheduled to occur after the discovery cutoff date.

Motions to compel discovery are to be filed and served by the discovery deadline or within thirty (30) days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within thirty (30) days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59 and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply

is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial. However, the parties DO NOT CONSENT to all matters being conducted by the Magistrate Judge, including the conducting of a jury trial, if properly demanded, with any appeal of the verdict to be directly to the Sixth Circuit Court of Appeals, pursuant to 28 U.S.C. § 636(c).

***The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>***

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson* (signature)
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 18, 2005

3

APPROVED FOR ENTRY:

*[signature: Betty Campbell]*

Betty Campbell (#20547)
Steve Roth (#12233)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue
2000 First Tennessee Building
Memphis, Tennessee 38103
(901) 526-2000

Attorneys for MUTUAL OF OMAHA
INSURANCE COMPANY

APPROVED FOR ENTRY:

_____
Gary S. Staser
1109 S. College Street
Trenton, Tennessee 38382
(731) 855-2164
(731) 723-7371 (fax)

*PRO SE*

4

APPROVED FOR ENTRY:

_____
Betty Campbell (#23547)
Steve Roth (#12233)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue
2000 First Tennessee Building
Memphis, Tennessee 38103
(901) 526-2000

Attorneys for MUTUAL OF OMAHA
INSURANCE COMPANY


APPROVED FOR ENTRY:

*/s/ Gary S. Staser*
_____
Gary S. Staser
1109 S. College Street
Trenton, Tennessee 38382
(731) 855-2164
(731) 723-7371 (fax)

*PRO SE*

4

M BC1 890714 v1
2286516-000018 07/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01106 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Gary S. Staser
1109 S. College St.
Trenton, TN 38382

Janice Jones
CIRCUIT COURT, 28TH JUDICIAL DISTRICT
Gibson County Courthouse
Trenton, TN 38382

Lee Arorey Harris
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Betty Campbell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT