IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION, AT JACKSON

| | |
|---|---|
| GARY A. STASER, | ) |
| | ) |
| Plaintiff, | ) No. 1-05-1106-T |
| | ) |
| v. | ) |
| | ) |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER SUBSTITUTING PARTIES

This cause came to be heard upon Defendant Mutual of Omaha Insurance Company's Motion for Substitution of United of Omaha Life Insurance Company as Defendant. For the reasons set forth in defendant's motion that Mutual of Omaha Insurance Company is not the appropriate party defendant to this claim, that United of Omaha Life Insurance Company is the appropriate party defendant, and that no prejudice will enure to plaintiff by the requested relief:

It is, therefore, ORDERED, pursuant to Rule 21 of the Federal Rules of Civil Procedure, that defendant, Mutual of Omaha Insurance Company, is hereby dropped and dismissed from this civil action, that United of Omaha Life Insurance Company is substituted for Mutual of Omaha Insurance Company as party defendant in this case, and that the style of the lawsuit be changed accordingly.

DATED: _11 October 2005_, 2005

_____
Judge  James D. Todd

M BCI 896362 v2
2786516-000018  09/13/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on __10-11-05__

CONSENTED TO AND APPROVED FOR ENTRY:

*Betty Campbell*
Betty Campbell (23547)
Steve Roth (12233)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Ave., Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-4236

Attorneys for United of Omaha Life Insurance Company

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CV-01106 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Lee Arorey Harris
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Janice Jones
CIRCUIT COURT, 28TH JUDICIAL DISTRICT
Gibson County Courthouse
Trenton, TN 38382

Betty Campbell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gary S. Staser
1109 S. College St.
Trenton, TN 38382

Honorable James Todd
US DISTRICT COURT