# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division

GARY S. STASER

**JUDGMENT IN A CIVIL CASE**

v.

UNITED OF OMAHA LIFE
INSURANCE COMPANY

CASE NUMBER:   05-1106-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/29/05, the motion to deny relief and affirm decision to deny benefits is GRANTED. Plaintiff's state law claims pursuant to TCA 56-7-105 and 47-18-109 are DISMISSED WITH PREJUDICE. Plaintiff's breach of contract claim is converted into an ERISA action to recover benefits under the terms of an employee benefit plan.

APPROVED:

*/s/ James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

11/30/05            BY:   *C. Herd*
DATE                      DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-02-05   .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CV-01106 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Betty Campbell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lee Arorey Harris
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Gary S. Staser
1109 S. College St.
Trenton, TN 38382

Janice Jones
CIRCUIT COURT, 28TH JUDICIAL DISTRICT
Gibson County Courthouse
Trenton, TN 38382

Honorable James Todd
US DISTRICT COURT